# CHRISTOPHER D. WRIGHT

ATTORNEY AT LAW

---

305 BROADWAY, SUITE 1400,
NEW YORK, NY 10007
OFFICE (212) 822-1419 • FACSIMILE (212) 822-1463

March 12, 2012

VIA ECF
Hon. Brian Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   Jennifer Manera v. City of New York, et al.
              12-CV-0722 (BMC)

Hon. Judge Cogan:

    I represent the above plaintiff in a civil rights action in regards to an arrest by the New York Police Department that occurred on February 8, 2011.

    On March 7, 2012, your Honor directed plaintiff's counsel via ECF to show cause by March 14, 2012, why sanctions should not be imposed for plaintiff's failure to serve the required releases.

    Since the birth of my son two months ago (January 11, 2012) I have been on a modified work schedule and it appears I neglected to serve the required releases on the defendant. I have corrected this problem and served defendant's counsel the plaintiff's releases on March 8, 2012. I do sincerely apologize for my oversight. I am now back to work full-time and assure your Honor this will not happen again.

                                          Sincerely,

                                          Christopher Wright, Esq.

cc:   **Rudyard Woletayo Ceres, Esq.**  (VIA EMAIL)
      Attorney for Defendant
      NYC Law Dept
      199 Church Street
      New York, NY 10007